## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Lisa Maldonado

                                    Plaintiff,

v.                                                      Case No.: 1:21−cv−03096
                                                        Honorable Sharon Johnson Coleman

Roberthalf International, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 31, 2022:

        MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing held on 5/31/2022. Parties report that they are still finalizing the settlement agreement. The parties are to finalize the agreement by June 30, 2022. An in−person status hearing is set for 6/30/2022 at 9:30 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.